```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| REBECCA KAUFFMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ST. MARY MEDICAL CENTER | : | NO. 13-4705 |

## ORDER

AND NOW, this 22nd day of September, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  The motion of defendant St. Mary Medical Center for summary judgment (Doc. # 21) is GRANTED in its favor and against plaintiff Rebecca Kauffman insofar as the plaintiff's claims are brought pursuant to the Family and Medical Leave Act; and

(2)  The motion of the defendant for summary judgment is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                                           J.